```
         IN THE UNITED STATES DISTRICT COURT
            FOR THE DISTRICT OF NEBRASKA
```

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:05CR3092 |
| | ) | |
| v. | ) | |
| | ) | |
| JEREMIAH ANTHONY ERICK, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

THIS MATTER comes before the court on defendant's motion to continue his trial, currently scheduled to begin on October 24, 2005, to a date certain after January 5, 2005.  Filing 11.  The Court, being fully advised in the premises, finds that said motion should be granted in part.

IT IS THEREFORE ORDERED that the defendant's trial is set to commence at 9:00 a.m. on December 12, 2005 for a duration of four trial days before the Honorable Warren K. Urbom.  Jury selection will be at the commencement of trial.

This Court further finds that, based upon the showing set forth in defendant's motion, the ends of justice will be served by continuing the trial; and that the purposes served by continuing the trial date in this case outweigh the interest of the defendant and the public in a speedy trial.  Accordingly, the time between October 24, 2005 and December 12, 2005 shall be excluded for speedy trial calculation purposes.  18 U.S.C. § 3161(h)(8)(a).

DATED this 13th day of October, 2005.

BY THE COURT:

s/ *David L. Piester*

David L. Piester
United States Magistrate Judge