IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| USA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:05cr3092 |
| | ) | |
| v. | ) | |
| | ) | |
| JEREMIAH ANTHONY ERICK, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

The Clerk's Office has requested that Document Number 14 be stricken from the record for the following reason(s):

• Duplicate document of number 13.

IT IS THEREFORE ORDERED that the Clerk's Office shall strike Document Number 14 from the record.

DATED this 21st day of October, 2005.

BY THE COURT:

s/ David L. Piester

David L. Piester
United States Magistrate Judge