IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No.  4:05CR3092 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER ALLOWING |
| | ) | FILING OF MOTION WITH |
| JEREMIAH ERICK, | ) | ATTACHMENT UNDER SEAL |
| | ) | |
| Defendant. | ) | |

**ON THIS** 21st day of October, 2005, this matter came before the Court on the Motion for Order Allowing Filing of Motion with Attachment Under Seal, Filing 13.  The Court, being fully advised in the premises and upon due consideration thereof, finds that said Motion should be sustained.

**IT IS THEREFORE ORDERED** that the Defendant may file the Motion referred to in the Motion for Order Allowing Filing of Motion with Attachment Under Seal and the Clerk is directed to file same under seal.

**DATED** this 21st day of October, 2005.

              BY THE COURT

              s/ *David L. Piester*

              David L. Piester
              United States Magistrate Judge

**PREPARED BY:**

**Dana M. London,** #17350
Attorney at Law
1701 South 17th Street, Suite 2C
Lincoln, Nebraska 68502
(4020 476-3755