IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:05CR3092 |
| | ) | |
| v. | ) | |
| | ) | |
| JEREMIAH ANTHONY ERICK, | ) | ORDER ON MOTION TO REDUCE |
| | ) | SENTENCE, SUBMITTED BY THE |
| Defendant. | ) | DEFENDANT |
| | ) | |

The government filed a motion pursuant to Rule 35(b), filing 46, which is the method permitted by law to determine whether a defendant is entitled to a reduction of his sentence. The "Motion to Reduce Sentence" submitted by the defendant has no standing, because under the law it is only the government that can file such a motion. A hearing will be held on the government's motion, in accordance with my Memorandum and Order dated July 5, 2007, whenever the counsel for the government notifies the court that the motion is ripe for decision. My order further said, "The motion shall not be decided until counsel for the government certifies that the motion is at issue."

IT IS ORDERED that:

1. the document titled "Motion to Reduce Sentence" shall be filed and

2. the Motion to Reduce Sentence is denied as moot.

Dated June 16, 2008.

BY THE COURT

s/ Warren K. Urbom
United States Senior District Judge